COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| GERARDO A. LICON AND LICON ENGINEERING CO., INC., | § | |
| | § | No. 08-09-00049-CV |
| Appellants/Cross-Appellees, | § | |
| | § | Appeal from the |
| v. | § | 327th District Court |
| | § | of El Paso County, Texas |
| RABA KISTNER ANDERSON CONSULTANTS, INC., d/b/a RABA-KISTNER CONSULTANTS (SW), INC. AND RABA-KISTNER CONSULTANTS, INC., | § | (TC# 2002-1068) |
| | § | |
| Appellees/Cross-Appellants. | § | |

**MEMORANDUM OPINION**

This double-appeal is before the court on its own motion for determination of whether it should be dismissed for want of prosecution. Finding that all appellants have failed to file a brief or motion for extension of time and have failed to respond to our inquiry letter, we dismiss the double-appeal for want of prosecution.

On July 20, 2009, the Clerk notified all of the appellants that their briefs were past due and no motion for extension of time had been filed. The letter advised the parties that the Court intended to dismiss the appeal for want of prosecution unless they responded within ten days and showed grounds for continuing the appeal. *See* TEX.R.APP.P. 38.8(a)(1). No reply has been received. Pursuant to Rules 38.8(a)(1), we dismiss the appeal for want of prosecution.

November 24, 2009

_____
ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.
Chew, C.J., not participating